UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:20-CV-24801-JLK

CARLOS BRITO,

  Plaintiff,

v.

SVF KENDALL MIAMI, LLC;
SUBWAY OF KENDALL, LLC;
STARBUCKS COFFEE COMPANY;
SERGIO'S RESTAURANT #5, INC.;
GYROVILLE NINE LLC; FIVE STAR
FRANCHISES 107TH, LLC; CK
KENDALL MALL, LLC; and ALMAOS
INVESTMENTS, LLC,

  Defendant.

_____/

**JOINT NOTICE OF SETTLEMENT**

  Plaintiff, CARLOS BRITO ("Plaintiff") and Defendant, FIVE STAR FRANCHISES 107TH, LLC ("Defendant"), hereby advise the Court that Plaintiff and FIVE STAR FRANCHISES 107TH, LLC have reached an agreement to settle the instant case pending execution of a Settlement Agreement. Plaintiff and FIVE STAR FRANCHISES 107TH, LLC will file a Stipulation dismissing this Action with prejudice once the settlement agreement is executed, which they reasonably expect to do no later than 30 days from the date of this Notice. Accordingly, the Parties respectfully request that the Court vacate all currently set dates and deadlines as to FIVE STAR FRANCHISES 107TH, LLC. Note that this settlement is solely as to FIVE STAR FRANCHISES 107TH, LLC, and does not involve the other defendants in the case.

**REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK**

CASE NO.: 1:20-CV-23976-MGC

| | |
|---|---|
| Dated: December 11, 2020 | Respectfully submitted, |
| *s/Anthony J. Perez* | *s/Edwin Cruz* |
| Anthony J. Perez, Esq. | Mendy Halberstam, Esq. |
| Florida Bar No. 535451 | Florida Bar No. 68999 |
| E-mail: *ajperez@lawgmp.com* | Email: *mendy.halberstam@jacksonlewis.com* |
| Beverly Virues, Esq. | Edwin Cruz, Esq. |
| Florida Bar No. 123713 | Florida Bar No. 55579 |
| E-mail: *bvirues@lawgmp.com* | E-mail: *edwin.cruz@jacksonlewis.com* |
| Secondary Email: *aquezada@lawgmp.com* | |
| | |
| GARCIA-MENOCAL & PEREZ, P.L. | JACKSON LEWIS P.C. |
| 4937 S.W. 74TH Court | One Biscayne Tower, Suite 3500 |
| Miami, Florida 33155 | Two South Biscayne Boulevard |
| Telephone: 305-553-3464 | Miami, Florida 33131 |
| | Telephone: (305) 577-7604 |
| *Attorneys for Plaintiff* | *Attorney for Defendant* |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 11th day of December 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

*s/ Edwin Cruz*
Edwin Cruz, Esq.