UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 20-cv-24801-JLK

CARLOS BRITO,

    Plaintiff,

vs.

SVF KENDALL MIAMI, LLC, et al.,

    Defendants.
_____/

### ORDER OF DISMISSAL AS TO DEFENDANT STARBUCKS COFFEE COMPANY ONLY

THIS MATTER is before the Court on the Joint Notice of Settlement between Plaintiff and Defendant Starbucks Coffee Company (D.E. #41) filed January 12, 2021 in the above-styled case. Accordingly, after a careful review of the record, it is

ORDERED, ADJUDGED and DECREED that Defendant, Starbucks Coffee Company, is hereby DISMISSED from the above-styled action, based on the Joint Notice of Settlement with Defendant Starbucks Coffee Company.

DONE and ORDERED in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 13th day of January, 2021.

                                        JAMES LAWRENCE KING
                                        UNITED STATES DISTRICT JUDGE

Copies furnished to:
All Counsel of Record