UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 20-cv-24801-JLK

CARLOS BRITO,

    Plaintiff,

vs.

SVF KENDALL MIAMI, LLC, et al.,

    Defendants.
_____/

**ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT
FIVE STAR FRANCHISES 107TH, LLC ONLY
AND
DISMISSING COUNT VI OF THE FIRST AMENDED COMPLAINT**

THIS MATTER is before the Court on the Joint Stipulation of Dismissal with Prejudice as to Defendant Five Star Franchises 107th, LLC (D.E. #44) filed January 13, 2021 in the above-styled case. Accordingly, after a careful review of the record, it is

ORDERED, ADJUDGED and DECREED as follows:

1.    That the Joint Stipulation of Dismissal with Prejudice as to Defendant Five Star Franchises 107th, LLC be, and the same is hereby APPROVED.

2.    That Defendant, Five Star Franchises 107th, LLC, is hereby DISMISSED from the above-styled action, based on the Joint Stipulation of Dismissal with Prejudice as to Defendant, Five Star Franchises 107th, LLC, with the parties bearing their own attorneys' fees, costs, and expenses except as otherwise provided for in the Parties' Settlement Agreement.

3.    That Plaintiff voluntarily dismisses Count VI of the First Amended Complaint

in this action in its entirety with prejudice as to Defendants, Five Star Franchises 107th, LLC and co-Defendant SVF Kendall Miami, LLC.

DONE and ORDERED in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 13th day of January, 2021.

JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

Copies furnished to:
All Counsel of Record