**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.: 1:20-cv-24801-JLK

CARLOS BRITO,

Plaintiff,

v.

SVF KENDALL MIAMI, LLC;
SUBWAY OF KENDALL, LLC;
STARBUCKS COFFEE COMPANY;
SERGIO'S RESTAURANT #5, INC;
GYROVILLE NINE LLC; FIVE STAR
FRANCHISES 107TH, LLC; CK
KENDALL MALL, LLC; and ALMAOS
INVESTMENTS, LLC,

Defendants.
_____/

**JOINT NOTICE OF SETTLEMENT**

Plaintiff, CARLOS BRITO, and Defendant, SUBWAY OF KENDALL, LLC, hereby advise the Court that the parties have reached an agreement in principle to settle the instant case pending execution of a Settlement Agreement. The parties will file a Stipulation dismissing this Action with prejudice once the settlement agreement is executed, which they reasonably expect to do no later than 30 days from the date of this Notice.  Accordingly, the Parties, respectfully request that the Court vacate all currently set dates and deadlines.

Respectfully submitted this 25th day of January, 2021.

| | |
|---|---|
| /s/ *Anthony J. Perez* | /s/ *Jerome A. Pivnik* |
| ANTHONY J. PEREZ | JEROME A. PIVNIK |
| Florida Bar No.: 535451 | Florida Bar No.: 400408 |
| GARCIA-MENOCAL & PEREZ, P.L. | THE PIVNIK LAW FIRM |
| 4937 S.W. 74th Court, Unit #3 | 7700 N. Kendall Dr., Suite 703 |
| Miami, FL 33155 | Miami, Florida 33156 |

| | |
|---|---|
| Telephone: (305) 553- 3464 <br> Facsímile: (305) 553-3031 <br> Primary Email:  ajperezlaw@gmail.com; <br> aquezada@lawgmp.com <br> *Attorney for Plaintiff* | Telephone: (305) 670-0095 <br> Primary <br> Email: pivniklaw@aol.com <br> *Counsel for Defendant* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify a copy of the foregoing was sent by CM/ECF to all counsel of record on this 25th, day of January, 2021.

          Respectfully submitted,

          **GARCIA-MENOCAL & PEREZ, P.L.**
          *Attorneys for Plaintiff*
          4937 S.W. 74th Court, No. 3
          Miami, FL 33155
          Telephone: (305) 553-3464
          Facsimile: (305) 553-3031
          Primary E-Mail: ajperez@lawgmp.com
          Secondary E-Mail: bvirues@lawgmp.com
          aquezada@lawgmp.com;
          crodriguez@lawgmp.com;

          By:  */s/ Anthony J. Perez*____
              ANTHONY J. PEREZ
              Florida Bar No.: 535451