# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

CASE NO. 20-cv-24801-JLK

CARLOS BRITO,

      Plaintiff,

vs.

SVF KENDALL MIAMI, LLC, et al.,

      Defendants.

_____/

## ORDER OF DISMISSAL AS TO DEFENDANT
## SUBWAY OF KENDALL, LLC ONLY

THIS MATTER is before the Court on the Joint Notice of Settlement between Plaintiff and Defendant Subway of Kendall, LLC (D.E. #53) filed January 25, 2021 in the above-styled case. Accordingly, after a careful review of the record, it is

ORDERED, ADJUDGED and DECREED that Defendant, Subway of Kendall, LLC, is hereby DISMISSED from the above-styled action, based on the Joint Notice of Settlement with Defendant Subway of Kendall, LLC.

DONE and ORDERED in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 26th day of January, 2021.

JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

Copies furnished to:
All Counsel of Record