UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:20-cv-24801-JLK

CARLOS BRITO,

Plaintiff,

v.

SVF KENDALL MIAMI, LLC;
SUBWAY OF KENDALL, LLC;
STARBUCKS COFFEE COMPANY;
SERGIO'S RESTAURANT #5, INC;
GYROVILLE NINE LLC; FIVE STAR
FRANCHISES 107TH, LLC; CK
KENDALL MALL, LLC; and ALMAOS
INVESTMENTS, LLC,

Defendants.
_____/

## JOINT NOTICE OF SETTLEMENT AS TO SERGIO'S RESTAURANT #5, INC

Plaintiff, CARLOS BRITO, and Defendant, SERGIO'S RESTAURANT #5, INC, hereby advise the Court that the parties have reached an agreement in principle to settle the instant case pending execution of a Settlement Agreement. The parties will file a Stipulation dismissing this Action with prejudice once the settlement agreement is executed, which they reasonably expect to do no later than 30 days from the date of this Notice.  Accordingly, the Parties, respectfully request that the Court vacate all currently set dates and deadlines as to Defendant, SERGIO'S RESTAURANT #5, INC. only.

Respectfully submitted this 26 day of January, 2021.

| | |
|---|---|
| /s/ *Anthony J. Perez* | /s/ *Andrew Gordon Simon.* |
| ANTHONY J. PEREZ | ANDREW GORDON SIMON |
| Florida Bar No.: 535451 | Florida Bar No.: 1002623 |
| GARCIA-MENOCAL & PEREZ, P.L. | JOHN CODY GERMAN |
| 4937 S.W. 74th Court, Unit #3 | Florida Bar No.: 58654 |
| Miami, FL 33155 | COLE, SCOTT, KISSANE |
| Telephone: (305) 553- 3464 | 9150 S Dadeland Blvd |
| Facsímile: (305) 553-3031 | Suite 1400 |
| Primary Email: ajperezlaw@gmail.com; | Miami, FL 33156 |
| aquezada@lawgmp.com | 7862486464 |
| *Attorney for Plaintiff* | Email: Andrew.Simon@csklegal.com Primary |
| | Email: Cody.German@csklegal.com |
| | *Counsel for Defendant, SERGIO'S RESTAURANT #5, INC* |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify a copy of the foregoing was sent by CM/ECF to all counsel of record on this 26, day of January, 2021.

Respectfully submitted,

**GARCIA-MENOCAL & PEREZ, P.L.**
*Attorneys for Plaintiff*
4937 S.W. 74th Court, No. 3
Miami, FL 33155
Telephone: (305) 553-3464
Facsimile: (305) 553-3031
Primary E-Mail: ajperez@lawgmp.com
Secondary E-Mail: bvirues@lawgmp.com
aquezada@lawgmp.com;
crodriguez@lawgmp.com;

By: /s/ Anthony J. Perez
ANTHONY J. PEREZ
Florida Bar No.: 535451