UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 20-cv-24801-JLK

CARLOS BRITO,

    Plaintiff,

vs.

SVF KENDALL MIAMI, LLC, et al.,

    Defendants.
_____/

**ORDER OF DISMISSAL AS TO DEFENDANT
SERGIO'S RESTAURANT #5, INC. ONLY**

THIS MATTER is before the Court on the Joint Notice of Settlement between Plaintiff and Defendant Sergio's Restaurant#5, Inc. (D.E. #55) filed January 26, 2021 in the above-styled case. Accordingly, after a careful review of the record, it is

ORDERED, ADJUDGED and DECREED that Defendant, Sergio's Restaurant #5, Inc., is hereby DISMISSED from the above-styled action, based on the Joint Notice of Settlement with Defendant Sergio's Restaurant #5, Inc.

DONE and ORDERED in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 27th day of January, 2021.

*James Lawrence King*
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

Copies furnished to:
All Counsel of Record