# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:20-cv-24801-JLK

CARLOS BRITO,

    Plaintiff,

v.

SVF KENDALL MIAMI, LLC;
SUBWAY OF KENDALL, LLC;
STARBUCKS COFFEE COMPANY;
SERGIO'S RESTAURANT #5, INC;
GYROVILLE NINE LLC; FIVE STAR
FRANCHISES 107TH, LLC; CK
KENDALL MALL, LLC; and ALMAOS
INVESTMENTS, LLC,

    Defendants.

_____/

## JOINT NOTICE OF SETTLEMENT WITH ALMAOS INVESTMENTS, LLC

Plaintiff, CARLOS BRITO, and Defendant, ALMAOS INVESTMENTS, LLC, hereby advise the Court that the parties have reached an agreement in principle to settle the instant case pending execution of a Settlement Agreement. The parties will file a Stipulation dismissing this Action with prejudice once the settlement agreement is executed, which they reasonably expect to do no later than 45 days from the date of this Notice. Accordingly, the Parties, respectfully request that the Court vacate all currently set dates and deadlines as to Defendant, ALMAOS INVESTMENTS, LLC only.

Respectfully submitted this 3rd day of March, 2021.

| | |
|---|---|
| /s/ *Anthony J. Perez* | /s/ *Roberto E. Moran* |
| ANTHONY J. PEREZ | ROBERTO E. MORAN |
| Florida Bar No.: 535451 | Florida Bar No.: 59361 |
| GARCIA-MENOCAL & PEREZ, P.L. | ROBERTO E. MORAN, P.A. |

| | |
|---|---|
| 4937 S.W. 74th Court, Unit #3<br>Miami, FL 33155<br>Telephone: (305) 553- 3464<br>Facsímile: (305) 553-3031<br>Primary Email: ajperezlaw@gmail.com;<br>aquezada@lawgmp.com<br>*Attorney for Plaintiff* | 2555 Ponce de Leon Boulevard<br>Suite 610<br>Coral Gables, Florida 33134<br>Tel: (305) 570-2333<br>Dir: (305) 570-2302<br>Fax: (305) 570-2475<br>Email: rmoran@robertomoranlaw.com<br>*Counsel for Defendant* ALMAOS INVESTMENTS, LLC |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify a copy of the foregoing was sent by CM/ECF to all counsel of record on this 3rd, day of March, 2021.

Respectfully submitted,

**GARCIA-MENOCAL & PEREZ, P.L.**
*Attorneys for Plaintiff*
4937 S.W. 74th Court, No. 3
Miami, FL 33155
Telephone: (305) 553-3464
Facsimile: (305) 553-3031
Primary E-Mail: ajperez@lawgmp.com
Secondary E-Mail: bvirues@lawgmp.com
aquezada@lawgmp.com;
crodriguez@lawgmp.com;

By: /s/ Anthony J. Perez
ANTHONY J. PEREZ
Florida Bar No.: 535451

2