UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 20-cv-24801-JLK

CARLOS BRITO,

    Plaintiff,

vs.

SVF KENDALL MIAMI, LLC, et al.,

    Defendants.
_____/

**ORDER OF DISMISSAL AS TO DEFENDANT
ALMAOS INVESTMENTS, LLC ONLY**

THIS MATTER is before the Court on the Joint Notice of Settlement between Plaintiff and Defendant Almaos Investments, LLC (D.E. #68) filed March 3, 2021 in the above-styled case. Accordingly, after a careful review of the record, it is

ORDERED, ADJUDGED and DECREED that Defendant, Almaos Investments, LLC, is hereby DISMISSED from the above-styled action, based on the Joint Notice of Settlement with Defendant Almaos Investments, LLC.

DONE and ORDERED in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 4th day of March, 2021.

                                              JAMES LAWRENCE KING
                                              UNITED STATES DISTRICT JUDGE

Copies furnished to:
All Counsel of Record