# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

### CASE NO.: 1:20-CV-24801-JLK

CARLOS BRITO,

    Plaintiff,

v.

SVF KENDALL MIAMI, LLC;
SUBWAY OF KENDALL, LLC;
STARBUCKS COFFEE COMPANY;
SERGIO'S RESTAURANT #5, INC.;
GYROVILLE NINE LLC; FIVE STAR
FRANCHISES 107TH, LLC; CK
KENDALL MALL, LLC; and ALMAOS
INVESTMENTS, LLC,

    Defendant.
_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff, CARLOS BRITO, and Defendant, GYROVILLE NINE LLC, hereby advise the Court that the parties have reached an agreement in principle to settle the instant case pending execution of a Settlement Agreement. The parties will file a Stipulation dismissing this Action with prejudice once the settlement agreement is executed, which they reasonably expect to do no later than 30 days from the date of this Notice. Accordingly, the Parties, respectfully request that the Court vacate all currently set dates and deadlines as to Defendant, GYROVILLE NINE LLC. only.

Respectfully submitted this 2nd day of July, 2021.

| | |
|---|---|
| /s/ *Anthony J. Perez* | */s/Yasir Billoo* |
| ANTHONY J. PEREZ | YASIR BILLOO |
| Florida Bar No.: 535451 | Florida Bar No.: 718351 |
| GARCIA-MENOCAL & PEREZ, P.L. | INTERNATIONAL LAW PARTNERS LLP |
| 4937 S.W. 74th Court, Unit #3 | 2122 Hollywood Blvd. |
| Miami, FL 33155 | Hollywood, FL 33020 |
| Telephone: (305) 553- 3464 | Telephone: (954) 374-7722 |

| | |
|---|---|
| Facsímile: (305) 553-3031<br>Primary Email:  ajperezlaw@gmail.com;<br>aquezada@lawgmp.com<br>*Attorney for Plaintiff* | Facsimile: (954) 212-0170<br>Email: ybilloo@ilp.law<br>*Attorney for Defendant, Gyroville Nine LLC.* |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify a copy of the foregoing was sent by CM/ECF to all counsel of record on this 2nd, day of July, 2021.

        Respectfully submitted,

        **GARCIA-MENOCAL & PEREZ, P.L.**
        *Attorneys for Plaintiff*
        4937 S.W. 74th Court, No. 3
        Miami, FL 33155
        Telephone: (305) 553-3464
        Facsimile: (305) 553-3031
        Primary E-Mail: ajperez@lawgmp.com
        Secondary E-Mail: bvirues@lawgmp.com
        aquezada@lawgmp.com;
        crodriguez@lawgmp.com;

        By:  */s/ Anthony J. Perez*
            ANTHONY J. PEREZ
            Florida Bar No.: 535451