UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 20-cv-24801-JLK

CARLOS BRITO,

    Plaintiff,

vs.

SVF KENDALL MIAMI, LLC, et al.,

    Defendants.

_____/

## ORDER OF DISMISSAL AS TO DEFENDANT
## GYROVILLE NINE LLC ONLY

THIS MATTER is before the Court on the Joint Notice of Settlement between Plaintiff and Defendant Gyroville Nine LLC (D.E. #76) filed July 2, 2021 in the above-styled case. Accordingly, after a careful review of the record, it is

ORDERED, ADJUDGED and DECREED that Defendant, Gyroville Nine LLC, is hereby DISMISSED from the above-styled action, based on the Joint Notice of Settlement with Defendant Gyroville Nine LLC. The parties shall file a Stipulation of Dismissal with Prejudice within thirty days from the date of this order.

DONE and ORDERED in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 6th day of July, 2021.

*James Lawrence King*
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

Copies furnished to:
All Counsel of Record