UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:20-cv-24801-JLK

CARLOS BRITO,

     Plaintiff,

v.

SVF KENDALL MIAMI, LLC;
SUBWAY OF KENDALL, LLC;
STARBUCKS COFFEE COMPANY;
SERGIO'S RESTAURANT #5, INC;
GYROVILLE NINE LLC;
FIVE STAR FRANCHISES 107TH, LLC;
CK KENDALL MALL, LLC; and
ALMAOS INVESTMENTS, LLC.,

     Defendants.
_____/

## JOINT STIPULATION OF FINAL DISMISSAL WITH PREJUDICE

Plaintiff, CARLOS BRITO, ("Plaintiff"), and Defendant, CK KENDALL MALL, LLC.,

("Defendant"), by and through undersigned counsel, and pursuant to Federal Rule of Civil

Procedure 41(a)(1)(A)(ii), hereby STIPULATE AND AGREE that this matter has been settled

and to the immediate dismissal of this action with prejudice, with each party to bear its own

attorney's fees and costs except as indicated in the settlement agreement.

STIPULATED AND AGREED by Counsel for the Parties on the dates below written.

Respectfully submitted on August 27, 2021.

| | |
|---|---|
| */s/ Anthony J. Perez* | */s/ Alex B.C. Ershock* |
| Anthony J. Perez | Alex B.C., Esq. |
| Florida Bar No. 535451 | Florida Bar No. 100220 |
| Garcia-Menocal & Perez, P.L. | Padula Bennardo Levine, LLP |
| 4937 SW 74th Court, Unit 3 | 3837 NW Boca Raton Blvd., Suite 200 |
| Miami, FL 33155 | Boca Raton, FL 33431 |
| Telephone: (305) 553-3464 | Telephone: (561) 544-8900 |
| Email: ajperez@lawgmp.com | E-mail: drl@PBL-Law.com, abe@PBL-Law.com |
| *Counsel for Plaintiff Carlos Brito* | *Counsel for Defendant CK Kendall Mall, LLC* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27th day of August 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List below in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

## SERVICE LIST

PADULA BENNARDO LEVINE, LLP
Attn: Alex B.C. Ershock
3837 NW Boca Raton Blvd., Suite 200
Boca Raton, FL 33431
Telephone: (561) 544-8900
Email: DRL@PBL-Law.com;
ABE@PBL-Law.com
*Counsel for Defendant*
*CK Kendall Mall, LLC*

/s/ *Anthony J. Perez*
Attorney for Plaintiff
Carlos Brito

2