UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 20-cv-24801-JLK

CARLOS BRITO,

    Plaintiff,

vs.

SVF KENDALL MIAMI, LLC, et al.,

    Defendants.
_____/

**ORDER OF FINAL DISMISSAL WITH PREJUDICE AS TO
DEFENDANT CK KENDALL MALL, LLC ONLY**

THIS MATTER is before the Court on the Joint Stipulation of Final Dismissal with Prejudice as to Defendant CK Kendall Mall, LLC (D.E. #83) filed August 27, 2021 in the above-styled case. Accordingly, after a careful review of the record, it is

ORDERED, ADJUDGED and DECREED as follows:

1.    That the Joint Stipulation of Final Dismissal with Prejudice as to Defendant CK Kendall Mall, LLC be, and the same is hereby APPROVED.

2.    That Defendant, CK Kendall Mall, LLC, is hereby DISMISSED from the above-styled action, based on the Joint Stipulation of Final Dismissal with Prejudice as to Defendant, CK Kendall Mall, LLC, with each party to bear its own attorneys' fees, costs, and expenses except as otherwise provided for in the parties' settlement agreement.

DONE and ORDERED in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 30th day of August, 2021.

*James Lawrence King*
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

Copies furnished to:
All Counsel of Record