**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE:  1:20-cv-24801-JLK

CARLOS BRITO,

    Plaintiff,

v.

SVF KENDALL MIAMI, LLC et. al.,

    Defendant.

_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff, CARLOS BRITO, and Defendant, SVF KENDALL MIAMI, LLC, hereby advise the Court that the parties have reached an agreement in principle to settle the instant case pending execution of a Settlement Agreement. The parties will file a Stipulation dismissing this Action with prejudice once the settlement agreement is executed. Accordingly, the Parties respectfully request that the Court vacate all currently set dates and deadlines in the case.

Respectfully submitted this 1st day of October, 2021.

| | |
|---|---|
| /s/ *Anthony J. Perez* | /s/ *Christian M. Gunneson* |
| ANTHONY J. PEREZ, ESQ. | CHRISTIAN M. GUNNESON |
| Florida Bar No.: 535451 | Florida Bar No.: 123823 |
| | |
| GARCIA-MENOCAL & PEREZ, P.L. | WOOD,SMITH, HENNING & BERMAN LLP |
| 4937 S.W. 74th Court | 701 Brickell Avenue, Suite 1640 |
| Miami, FL 33155 | Miami, FL 33131 |
| Telephone: (305) 553- 3464 | Telephone: (786) 358-6420 |
| Email:  ajperez@lawgmp.com | Email: cgunneson@wshblaw.com |
| *Attorney for Plaintiff* | *Attorney for Defendant, SVF Kendall Miami, LLC* |

22406999.1:11086-0003

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify a copy of the foregoing was sent by CM/ECF to all counsel of record on this 1st day of October, 2021.

    Respectfully submitted,

**GARCIA-MENOCAL & PEREZ, P.L.**
*Attorneys for Plaintiff*
4937 S.W. 74th Court
Miami, FL 33155
Telephone: (305) 553-3464
Facsimile: (305) 553-3031
Primary E-Mail: ajperez@lawgmp.com
Secondary E-Mail: dperaza@lawgmp.com

By: */s/ Anthony J. Perez*
    ANTHONY J. PEREZ