## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-24801-CV-KING

CARLOS BRITO,

     Plaintiff,

v.

SVF KENDALL MIAMI, LLC,

     Defendant.

_____/

### FINAL ORDER OF DISMISSAL

THIS CAUSE came before the court upon the Joint Notice of  Settlement (D.E. #85) filed October 1, 2021.  Accordingly, after a careful review of the record and the court being otherwise fully advised in the premises and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, it is

ORDERED, ADJUDGED and DECREED as follows:

1.     The above-styled case is hereby **DISMISSED**.  The Court shall retain jurisdiction to enforce the terms of the agreement.

2.     All unresolved pending motions in this case are hereby DENIED as moot.

3.     The Clerk shall **CLOSE** this case.

4.     All pending deadlines and hearing dates are hereby canceled.

DONE AND ORDERED in chambers at the James Lawrence King Federal Justice

Building and United States Courthouse, Miami, Florida, this 4th day of October, 2021.

JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

cc:
All Counsel of Record